# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

August 12, 2013

*Before*

FRANK H. EASTERBROOK, *Chief Judge*

RICHARD D. CUDAHY, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

No. 11-3449

| | |
|---|---|
| MINOR M. SCOTT, III, as personal representative for the Estate of MAUREEN K. SCOTT, deceased,<br>　　　*Plaintiff-Appellant*,<br><br>　　　　　*v.*<br><br>CHUHAK & TECSON, P.C., *et al.*,<br>　　　*Defendants-Appellees*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 09-cv-06858<br><br>Ronald A. Guzmán,<br>*Judge*. |

ORDER

The opinion of this court issued August 5, 2013, is amended to reflect the date of argument as October 26, 2012.